UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE E. CROSS,

        Petitioner,

   v.

MICHAEL CORONA, et al.,

        Respondents.

     NO. CIV. S-09-0488 LKK/KJM P

     O R D E R

/

Petitioner is a state prisoner proceeding in pro se. On March 16, 2010, petitioner telephoned chambers in what petitioner conceded was an ex parte communication. Petitioner left a voicemail message contending that this court's order of March 9, 2010 was in error, and explaining that petitioner was calling because the matter was too urgent to permit him to make a paper filing.

The March 9, 2010 order adopted the findings and recommendations issued on January 8, 2010, and thereby denied petitioner's request for a writ of mandate as to the Orange County

1

Superior Court, to the state Court of Appeal for the Fourth Appellate District, and to various participants in the Orange County criminal justice system. Petitioner contends that this order was somehow inappropriate in light of the findings and recommendations issued on March 2, 2010. The only connection between the March 2, 2010 findings and recommendations and this court's March 9 order seems to be that on January 27, 2010, petitioner filed a second request for a writ of mandate regarding investigation of the Orange County Sheriff, and that the March 2 findings and recommendations recommended denying this request for the same reasons given in the January 8 findings and recommendations. Accordingly, there is no merit to petitioner's contention that the March 2, 2010 findings and recommendations somehow rendered this court's March 9, 2010 order erroneous.

More broadly, petitioner is instructed to file all future communications with the court through the normal process. See E.D. Cal. Local Rule 133(b)(2). Failure to comply with the local rules may result in a sanction, including dismissal of the case. Local Rule 110.

IT IS SO ORDERED.

DATED: March 18, 2010.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT