IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE EUGENE CROSS, also known as Arcion,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>MICHAEL CORONA,<br><br>　　　　　Respondent. | No.  2:09-CV-0488-TLN-DMC-P<br><br>ORDER TERMINATING MOTION |

　　　　　Petitioner, a state prisoner proceeding pro se, brought this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the Court is Petitioner's request for a certificate of appealability. See ECF No. 145.

　　　　　On March 31, 2010, the District Judge granted Respondent's motion to dismiss, declined to issue a certificate of appealability, and directed entry of judgment.  See ECF No. 61. On February 28, 2011, the Ninth Circuit denied Petitioner's request for a certificate of appealability "due to the failure to file a timely notice of appeal." ECF No. 72, pg. 1 (citing 28 U.S.C. § 2107(a); Fed. R. App. P. 4(a)).

　　　　　On October 9, 2024, Petitioner filed a motion for reconsideration.  See ECF No. 75. In response, undersigned recommended that Petitioner's motion for reconsideration and all other pending post-judgment motions be denied. See ECF No. 115. The Court additionally stated

that it would "decline to entertain any further filings in this closed docket." Id. On March 31, 2025, the District Judge adopted those findings and recommendations in full, ordered that "any similar future requests will be disregarded," and declined to issue a certificate of appealability. See ECF No. 139.

On September 4, 2025, Petitioner filed a motion for certificate of appealability. See ECF No. 145. The District Judge has already addressed this and declined to issue Petitioner a certificate of appealability. See ECF No. 139. Additionally, the Ninth Circuit denied Petitioner's request for a certificate of appealability on September 16, 2025. See ECF No. 146.

Accordingly, the Clerk of the Court is directed to terminate Petitioner's motion for a certificate of appealability, ECF No. 145.

Dated:  September 17, 2025

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE